```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   YASIN MOHAMMAD
3  Assistant U.S. Attorneys
   Suite 4401, Federal Courthouse
4  2500 Tulare Street
   Fresno, CA   93721
5  Telephone: (559) 497-4000
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00316 LJO |
| Plaintiff, | STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | |
| ANDY LIENG, et al., | |
| Defendants. | |

Defendant ANDY LIENG, by and through his attorney, WILLIAM PANZER, Defendant JENNY CHI HA, by and through her attorney, PAUL TURLEY, Defendant TONY LIENG, by and through his attorney, JON RENGE, Defendant LYNN TRUONG, by and through her attorney, ROGER LITMAN, Defendant RICHARD LIENG, by and through his attorney, MARK BROUGHTON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR and YASIN MOHAMMAD, Assistant United States Attorneys, hereby stipulate that the motion in limine currently set for March 21, 2012, with responses due on April 10, 2012, shall be continued to April 5 for the filing of motions and April

12 for the filing of any response.  The parties stipulate that the continuance is necessitated by the parties' desire to pursue plea discussion, conduct further investigation and to inspect grand jury material, consisting of approximately six tubs of documents, some of which was produced in discovery in accordance with Rule 16 and some of which the government does not intend to introduce at trial and was not therefore produced.

In addition, a stipulation would accommodate Mr. Litman's planned vacation.

The proposed continuance would not affect the current in limine/trial confirmation date of April 16 at 8:30 a.m.

Dated: March 12, 2012

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney
YASIN MOHAMMAD
Assistant U.S. Attorney

By: /s/ Karen A. Escobar
KAREN A. ESCOBAR
Assistant U.S. Attorney

By: /s/ William Panzer
WILLIAM PANZER
Counsel for Defendant Andy Lieng

By: /s/ Paul Turley
PAUL TURLEY
Counsel for Defendant Jenny Chi Ha

By: /s/ Jon Renge
JON RENGE
Counsel for Defendant Tony Lieng

By: /s/ Roger Litman
ROGER LITMAN
Counsel for Defendant Lynn Truong

By: /s/ Mark Broughton
MARK BROUGHTON
Counsel for Defendant Richard Lieng

| | |
|---|---|
| 1 | **O R D E R** |
| 2 | |
| 3 | Based on the stipulation of the parties, |
| 4 | Any motions in limine in this matter shall now be filed on |
| 5 | or before April 5, 2012, and any responses thereto shall be filed |
| 6 | on or before April 12, 2012. The good cause is the serious plea |
| 7 | negotiations as represented by the officers of the court. |
| 8 | IT IS SO ORDERED. |
| 9 | **Dated:   March 13, 2012**            /s/ Lawrence J. O'Neill  <br>                                  UNITED STATES DISTRICT JUDGE |