BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
YASIN MOHAMMAD
Assistant U.S. Attorneys
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
APR 1 8 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDY LIENG,
  aka Xi Andy Lieng, Jr.,
  aka Andy Xi Lieng, Jr.,

    Defendant.

1:07-cr-0316 LJO

[PROPOSED] ORDER Re:
GOVERNMENT'S MOTION TO
DISMISS COUNTS THREE AND
FOUR AS TO DEFENDANT ANDY
LIENG

Having reviewed and considered the government's Motion to Dismiss Counts Three and Four of the Fifth Superseding Indictment as to Defendant Andy Lieng,

IT IS HEREBY ORDERED that said motion is GRANTED.

DATED: April 16, 2012

_____
LAWRENCE J. O'NEILL
U.S. District Judge

1