IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 07-316 LJO |
| Plaintiff, | **ORDER FOR CRIMINAL SUBPOENA** |
| vs. | |
| XI A. "ANDY" LIENG, | |
| Defendant. | |

This Court APPROVES defendant Xi A. "Andy" Lieng's request for a subpoena to order production of the following records pursuant to Fed. R. Crim. P. 17:

**Sprint telephone records for account # 647771820 for telephone numbers (408) 640-8976; (408) 891-1668; and (559) 994-1345.**

This Court DIRECTS the clerk of court to issue the requested subpoena to order the production of these records.

IT IS SO ORDERED.

**Dated:   May 4, 2012**                     /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

1