```
1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  Suite 4401, Federal Courthouse
   2500 Tulare Street
4  Fresno, CA   93721
   Telephone: (559) 497-4000
```

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00316 LJO |
| Plaintiff, | STIPULATION AND ORDER THEREON FOR CONTINUANCE |
| v. | |
| RICHARD LIENG, | |
| Defendant. | |

Defendant RICHARD LIENG, by and through his attorney, MARK BROUGHTON, and the United States of America, by and through its attorneys, BENJAMIN B. WAGNER, United States Attorney, and KAREN A. ESCOBAR, Assistant United States Attorney, hereby stipulate that the sentencing hearing currently set for June 25 be continued to July 11, 2012, at 8:30 in order to comply with the safety valve provision. The parties stipulate that the continuance is necessitated by the fact that Defendant is currently housed in Lerdo, counsel for the government will be on annual leave the next two Wednesdays, and counsel for defense is starting a two-week trial on June 25.

| | | |
|---|---|---|
| Dated: June 8, 2012 | | Respectfully submitted, |
| | | BENJAMIN B. WAGNER<br>United States Attorney |
| | By: | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant U.S. Attorney |
| Dated: June 8, 2012 | | /s/ Mark Broughton<br>MARK BROUGHTON |

**O R D E R**

THE COURT FINDS based on the reasons articulated by the parties that the sentencing for the above-named defendant shall be continued from June 25 to July 9, 2012, at 8:30 a.m.

IT IS SO ORDERED.

**Dated: June 8, 2012**          /s/ Lawrence J. O'Neill
                                  UNITED STATES DISTRICT JUDGE