```
1  KATHERINE HART #76715
   Law Offices of Katherine Hart
2  2055 San Joaquin Street
   Fresno, CA  93721
3  Tel: (559) 256-9800
   Fax: (559) 256-9798
4
5  Attorney for Defendant,
   XI ANDY LIENG aka ANDY LIENG
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 1:07-cr-316 LJO |
| Plaintiff, | |
| vs. | **NOTICE OF APPEAL**, REQUEST FOR WAIVER OF FILING FEE ON APPEAL AS DEFENDANT IS INDIGENT; ORDER FOR WAIVER OF FILING FEE ON APPEAL |
| XI ANDY LIENG aka ANDY LIENG, | |
| Defendant. | |

Defendant XI ANDY LIENG aka ANDY LIENG,, through his attorney KATHERINE HART, hereby files a NOTICE OF APPEAL to the Ninth Circuit Court of Appeals from the judgment and commitment issued August 21, 2012.

At sentencing, the court approved the appointment of Criminal Justice Act (CJA) counsel; defendant is indigent and requests a waiver of filing fees on appeal.

1

Dated: August 23, 2012         /s/Katherine Hart
                               KATHERINE HART. Attorney at Law


Dated: August 23, 2012         /s/Xi Andy Lieng aka Andy Lieng XI
                               ANDY LIENG AKA ANDY LIENG,
                               Defendant and Appellant.

## ORDER

Defendant having declared that he is indigent, and the court having appointed counsel on appeal under the Criminal Justice Act CJA (Criminal Justice Act), it is hereby ordered that filing fees and costs for the appeal are hereby waived.

IT IS SO ORDERED.

**Dated:  August 23, 2012**         **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE