ROGER K. LITMAN, 57634
Attorney at Law
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: (559) 237-6000

Attorney for Defendant, LYNN TRUONG

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:07-CR-316 LJO |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING DATES FOR OBJECTIONS TO DRAFT PSR AND SENTENCING DATE** |
| LYNN TRUONG, | ) |
| Defendant. | ) |

The parties hereto, by and through their respective attorneys, stipulate and agree that the sentencing and related date be extended as set forth below to afford the parties needed time to determine the actual loss attributable to Ms. Truong. The Senior United States Probation Officer, counsel for the government, and defense counsel, have each attempted to obtain further information regarding the transactions delineated in paragraphs 53 and 54 of the draft Presentence Report (PSR).

Counsel for the government has been in contact with the attorney for Capital One who has refused to provide information to the government and rebuked counsel for the government for attempting to obtain the needed information from employees of Capital One with whom Ms. Escobar has previously communicated.

Defense counsel has arranged for a licensed real estate broker, at no cost to the court, to provide defense counsel with needed information regarding the procedures surrounding the July 10, 2012 foreclosure sale at which LPP Mortgage Limited acquired the Willits property in a "no cash" transaction.

1

The additional time will afford the government's finanical expert to make additional inquiry in an effort to determine the circumstances of the sale and the reason that neither Capital One or LPP Mortgage Limited officials are not seeking restitution.

In light of the foregoing the parties agree to the following dates: Informal Objections previously due September 10, 2012 will now be due on October 1, 2012. The PSR will be distributed to the court on October 8, 2012. Sentencing memoranda are due on October 15, 2012. The date for sentencing will be continued from October 1, 2012 to October 22, 2012 at 8:30 a.m.

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(I).

DATED: September 12, 2012     /s/ Karen Escobar
KAREN ESCOBAR
Assistant United States Attorney
**This was agreed to by Ms. Escobar in person on September 12, 2012**

DATED: September 12, 2012     /s/ Roger K. Litman
ROGER K. LITMAN
Attorney for Defendant
LYNN TRUONG

IT IS SO ORDERED.

**Dated: September 13, 2012**     /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE